```
PHILLIP A. TALBERT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00037 JLT |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: December 4, 2024 |
| KANEASHEA SHARP, | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Christopher D. Baker |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on December 4, 2024.

2. Defense counsel is currently in trial in Kern County and anticipates trial lasting to December 10, 2024.

3. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to January 6, 2025, at 2:30 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated: December 3, 2024　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　/s/ LUKE BATY
　　　　　　　　　　　　　　　　　　　　LUKE BATY
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: December 3, 2024　　　　　　　　　/s/ ROGER PONCE
　　　　　　　　　　　　　　　　　　　　ROGER PONCE
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　KANEASHEA SHARP

**[PROPOSED] FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties and good cause appearing, the Court orders the status conference be continued until January 6, 2025 at 2:30 PM.

IT IS SO ORDERED.

Dated:   **December 3, 2024**　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE