MICHELE BECKWITH
Acting United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KANEASHEA SHARP,<br><br>    Defendant. | CASE NO. 1:24-CR-00037<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: March 31, 2025<br>TIME: 9:00 A.M.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a sentencing on March 31, 2025.

2. On March 28, 2025, the United State's Marshal Service informed counsel for the government and the Court that the Defendant would be unable to appear at the sentencing due to logistics beyond its control.

3. By this stipulation, initiated by the government, the parties stipulate that the sentencing may be continued to April 28, 2025 to secure the Defendant's presence.

4. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

1

IT IS SO STIPULATED.

Dated: March 28, 2025                           MICHELE BECKWITH
                                                United States Attorney


                                                /s/ LUKE BATY
                                                LUKE BATY
                                                Assistant United States Attorney


Dated: March 28, 2025                           /s/ ROGER PONCE
                                                ROGER PONCE
                                                Counsel for Defendant
                                                KANEASHEA SHARP

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the sentencing be continued until April 28, 2025 at 9:00 AM.

IT IS SO ORDERED.

Dated:  **March 28, 2025**                      _____
                                                UNITED STATES DISTRICT JUDGE

2